UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE BURNS-HOLDMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IC SYSTEM, INC.<br><br>　　　　　Defendant. | Case No. 2:20-cv-09850-FLA (JEMx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS ACTION DUE TO SETTLEMENT** |

　　　　In light of the Notice of Settlement filed in this action, the court ORDERS the parties to submit a joint status report regarding settlement within forty-five (45) days of this Order.  The court further ORDERS the parties to Show Cause ("OSC") on October 29, 2021 at 1:30 p.m. in Courtroom 6B why the court should not dismiss this action due to the parties' settlement.  The filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 shall constitute a sufficient response to, and will discharge, this OSC.

　　　　The final pretrial conference and trial dates are hereby VACATED.

/ / /

/ / /

1

1 All pending requests and applications are DENIED as moot.  Should the parties
2 fail to settle this action, all requests and applications must be re-filed.
3
4 IT IS SO ORDERED.
5
6 Dated: August 30, 2021
7 _____
  FERNANDO L. AENLLE-ROCHA
  United States District Judge